UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES R. PARENT, JR., ET AL

VERSUS

MURPHY EXPLORATION &
PRODUCTION COMPANY - USA, ET AL

CIVIL ACTION

NO. 07-446-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 14, 2007. Defendants have filed an objection and the plaintiffs have filed a reply which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' Motion to Remand (rec.doc.3) will be granted and this matter will be remanded to the 19th Judicial district Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, January 22, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA